473 A.2d 700

Marcus, Appellant, v. Horwitz.

 Submitted December 1, 1983. Mark S. Frank, for appellant; Gerard J.A. Cipriani, for appellees.

Before ROWLEY, WIEAND and HESTER, JJ.

All lower court proceedings stayed, remanded solely for the purpose of giving the lower court sixty (60) days to draft an opinion. Jurisdiction retained.

WIEAND, J., filed a memorandum concurring statement.